## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT OWENSBORO

**JAMES GLENN AVERY**                                                 **PLAINTIFF**

**v.**                                       **CIVIL ACTION NO. 4:12CV-P133-M**

**JOE BLUE**                                                          **DEFENDANT**

### MEMORANDUM OPINION

Unrepresented by counsel, Plaintiff James Glenn Avery filed a *pro se* civil complaint pursuant to 42 U.S.C. § 1983. Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to actively litigate his claims. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

By Memorandum and Order entered January 29, 2013, the Court performed its initial review of Plaintiff's complaint and allowed one claim to continue (DN 6). On February 4, 2013, the U.S. Postal Service returned Plaintiff's copy of the Memorandum and Order to the Court (DN 10). The envelope was marked Return to Sender, Not Deliverable as Addressed, Unable to Forward. In a more recent filing, Defendant Joe Blue avers that Plaintiff was released on parole from the Hopkins County Jail on December 14, 2012.

Because Plaintiff is no longer at his address of record and has not provided any forwarding address to the Court, neither notices from this Court nor filings by Defendant can be served on him. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date: March 15, 2013

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc:     Plaintiff, *pro se*
        Counsel of record
4414.005